**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6839**

---

MATTHEW DAVID ENDERS,

Plaintiff - Appellant,

versus

GARY BROWN, Officer; THE BALTIMORE COUNTY PO-
LICE DEPARTMENT PRECINCT 12-DUNDALK LOCATED AT
THE INTERSECTION OF MERRIT BLVD & WISE AVENUE;
GARY DAVIS, Officer; MICHAEL DEPAULA, Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-96-
3868-AMD)

---

Submitted: April 16, 1998          Decided: April 29, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Matthew David Enders, Appellant Pro Se. John Edward Beverungen,
COUNTY ATTORNEY'S OFFICE, Towson, Maryland; Jeffrey Grant Cook,
BALTIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Enders v. Brown</u>, No. CA-96-3868-AMD (D. Md. May 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>